UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and TRUSTEES )
OF THE DISTRICT COUNCIL NO. 9 PAINTING )
INDUSTRY ANNUITY FUND and  TRUSTEES OF THE )
DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE )   Index No.: 25-CV-05030 (CS)
and TRUSTEES OF THE INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES NATIONAL )
PENSION FUND and DISTRICT COUNCIL NO. 9, )
INTERNATIONAL UNION OF PAINTERS AND ALLIED )
TRADES, )
)
                                        Plaintiffs,     )
                                                        )  DEFAULT JUDGMENT
               -against-                                )
                                                        )
AMERICAN GRAPHIC DESIGN, INC.,                          )
                                                        )
                                        Defendant.

------------------------------------------------------------------------------------------------------------

This action having been commenced on June 16, 2025, by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the Defendant,

American Graphic Design, Inc. on June 20, 2025, via NYS Secretary of State and said Proof of Service

having been filed with the Clerk of the Court on June 30, 2025, and the Defendant not having

appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law,

and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against

Defendant in the liquidated amount of ($59,579.38), which includes the following: contributions due

and owing in the sum of $42,154.10 for the audit period July 1, 2020, through to and including March

31, 2022; interest in the sum of $2,938.98 calculated at 2% above prime per annum from the due date

for each delinquent month through March 31, 2022 on the unpaid contributions; liquidated damages

in the sum of $8,430.82 calculated at 20% of the principal contribution amount owed; audit costs in

the amount of $2,250.00; attorneys' fees in the sum of $3,268.00; plus court costs and disbursements

of this action in the sum of $537.48.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be

entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such

judgment forthwith.

Dated:  White Plains, New York
      September 25, 2025

            So Ordered:

            _____
            Honorable Cathy Seibel, U.S.D.J.